FILED

06/16/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

# IN THE SUPREME COURT FOR THE STATE OF MONTANA

## No. DA 21-0093, DA 21-0098

IN THE MATTER OF:

M.J.W. AND A.H.R.,

   Youths In Need Of Care.

## ORDER

   Upon consideration of Appellant's Motion To Consolidate Cases, and with good cause shown, It is hereby ORDERED that the above-captioned cases will be consolidated for purposes of appeal under Cause No. DA 19-0093.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 16 2021